

# Court of Appeals

# First District of Texas

## BILL OF COSTS

No. 01-15-00031-CV

**David Semien**

**v.**

**Rescar Companies, Inc.**

NO. A-130298-C IN THE 128TH DISTRICT COURT OF ORANGE COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| MT FEE | $10.00 | 02/04/2015 | E-PAID | ANT |
| CLK RECORD | $2,149.00 | 01/22/2015 | PAID | ANT |
| RPT RECORD | $555.00 | 01/15/2015 | PAID | ANT |
| TRANSFER | $20.00 | 12/15/2014 | TRANSFER | ANT |
| TRANSFER | $50.00 | 12/15/2014 | TRANSFER | ANT |
| TRANSFER | $25.00 | 12/15/2014 | TRANSFER | ANT |
| TRANSFER | $100.00 | 12/15/2014 | TRANSFER | ANT |

**The costs incurred on appeal to the First Court of Appeals Houston, Texas are $2,909.00.**

*Court costs in this case have been taxed in this Court's judgment*

I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby certify that this is a true statement of the costs of appeal in this case.

**IN TESTIMONY WHEREOF,** witness my hand and the seal of the Court of Appeals for the First District of Texas, this May 1, 2015.

**CHRISTOPHER A. PRINE**
**CLERK OF THE COURT**